# SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

W. GARY OLSON

Plaintiff/Petitioner

vs.

EDWINA S. UEHARA; RICHARD CORDOVA; SHARI SPUNG; UNIVERSITY OF WASHINGTON; MICHAEL K. YOUNG; JOHN DOE I - IV

Defendant/Respondent

Cause #: 13-2-18233-5 SEA

Declaration of Service of:
SUMMONS; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ORDER SETTING CIVIL CASE SCHEDULE

Hearing Date:

**Declaration:**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of **Apr 30 2013 10:42AM**
at the address of **1125 WASHINGTON ST SE   OLYMPIA**
within the County of **THURSTON**   State of **WASHINGTON**

the declarant duly served the above described documents upon

**WASHINGTON STATE ATTORNEY GENERAL**

by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with

**SUZANNE BECKER   ASSISTANT ATTORNEY GENERAL**

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
Dated: April 30, 2013 at Tumwater, WA

by _____
S. Gogan    11-0127-04

ORIGINAL SENT
APR 3 0 2013
FOR FILING

The documents listed above were served in accordance with RCW 4.28.080 and/or client instructions. If service was substituted on another person or left with a person that refused to identify themselves, it is incumbent upon the client to notify ABC Legal Services, Inc. immediately in writing if further attempts to serve, serve by mail, or investigate are required. If service was substituted on another person, pursuant to RCW 4.28.080 (16), service shall be complete on the tenth day after a copy of the documents are mailed to the subject at the address where service was made. Documents were not mailed by ABC Legal Services, Inc.

**Service Notes:**

| | | | | | |
|---|---|---|---|---|---|
| Documents: | 0.00 | Secretarial: | 0.00 | Other: | 74.50 |
| Travel: | 0.00 | Postage: | 0.00 | Total: | 74.50 |
| Invalid Address ( 0 ) | 0.00 | Photo: | 0.00 | Pre-Paid Retainer: | 0.00 |
| Proof Preparation: | 0.00 | Rush / Special: | 0.00 | | |
| Summons Copy: | 0.00 | Wait / Stake Out Time: | 0.00 | **AMOUNT DUE** | **74.50** |

Client Ref.: **07435-01**
Robblee, Neil
PO BOX 1329
Edmonds, WA   98020
425 673-2323

CLIENT COPY
PROOF OF SERVICE

Page 1 of 1



ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
Tracking #: **7792218**